UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DOMINIQUE JACKSON | CASE NO. 6:20-CV-01413 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| DARRELL VANNOY, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the Petition for Writ of Habeas Corpus (rec. doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 28th day of October, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE